Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Lacey Bryan (Wyoming Bar No. 8-7016)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@MarkusWilliams.com
lbryan@MarkusWilliams.com

PROPOSED ATTORNEYS FOR DEBTOR-IN-POSSESSION

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| In re: | ) | |
| --- | --- | --- |
| | ) | Chapter 11 (Subchapter V) |
| BEST OF THE WEST PRODUCTIONS, LLC | ) ) | |
| | ) | Case No. 24-_____ |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |

## LOCAL RULE 1002-1(A) LIST OF ASSETS

| ITEM | LOCATION |
| --- | --- |
| Deposit Account (ending xxxx) | First Bank of Wyoming |
| Deposit Account (ending xxxx) | Pinnacle Bank |
| Furniture and Office Equipment | 115 W. Yellowstone Ave. Cody, WY |
| Default Judgment | N/A |
| General intangibles and goodwill | N/A |

Dated:  April 22, 2024
        Cheyenne, Wyoming

MARKUS WILLIAMS YOUNG AND HUNSICKER LLC

{Z0309204/1 }                                  1

By: /s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker (WY Bar No 7-4579)
Lacey Bryan (Wyoming Bar No. 8-7016)
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
Email: bhunsicker@markuswilliams.com
   lbryan@markuswilliams.com

*Proposed Counsel for the Debtor-in-Possession*